**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Flagstar Financial & Leasing, LLC

Plaintiff,

v.

Case No.: 1:25−cv−13201
Honorable LaShonda A. Hunt

Radter Inc, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 3, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held on 6/3/26. Defendants did not appear. For the reasons stated on the record, Plaintiff's motion for default judgment [51] is granted. Enter Default Judgment Order. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.