**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FLAGSTAR FINANCIAL & LEASING, LLC f/k/a SIGNATURE FINANCIAL, LLC, | |
| Plaintiff, | Case No. 25 C 13201 |
| v. | Hon. LaShonda A. Hunt |
| RADTER, INC., *et al.*, | |
| Defendants. | |

**DEFAULT JUDGMENT ORDER**

This matter coming before the Court on Plaintiff FLAGSTAR FINANCIAL & LEASING, LLC f/k/a SIGNATURE FINANCIAL, LLC's Motion for Default Judgment against Defendants RADTER, INC., B.M.A.J. CORP. and BORIS MOREV, Plaintiff appearing before the Court, Defendants failing to appear, due notice having been given and the Court being fully advised,

IT IS ORDERED THAT:

1. Plaintiff FLAGSTAR FINANCIAL & LEASING, LLC's Motion for Default Judgment against Defendants RADTER, INC., B.M.A.J. CORP., and BORIS MOREV is granted;

2. As to Counts I, II, III, and IV for breach of contract and breach of guaranty, judgment is entered in favor of Plaintiff FLAGSTAR FINANCIAL & LEASING, LLC, and against Defendants RADTER, INC., B.M.A.J. CORP., and BORIS MOREV jointly and severally, in the amount of $207,047.73, plus prejudgment interest in the amount of $42,356.79, plus attorneys' fees and costs in the amount of $13,467.66, for a total judgment of $262,872.18;

3. As to Count V for possession, judgment is entered in favor of Plaintiff FLAGSTAR FINANCIAL & LEASING, LLC, and against Defendants RADTER, INC., B.M.A.J. CORP., and BORIS MOREV jointly and severally. Defendants RADTER, INC. B.M.A.J. CORP. and BORIS

MOREV are ordered to surrender: two (2) 2019 Freightliner Cascadia 126 (VIN/Serial Nos. 3AKJHHDR7KSKC0198 and 3AKJHHDR0KSKB4419) and one (1) 2023 International Model LT625 6x4 Truck Tractor (Serial/ID No. 3HSDZAPR3PN394605) to FLAGSTAR FINANCIAL & LEASING, LLC, at a place and time directed by FLAGSTAR FINANCIAL & LEASING, LLC, within fourteen (14) days of entry of Judgment.

**DATED**: June 4, 2026

**ENTERED**:

LaShonda A. Hunt

LASHONDA A. HUNT
United States District Judge